IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALAIKA ADAN, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. H-04-3006 |
| CITY OF HOUSTON AND METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Plaintiffs' unopposed motion to dismiss Michael Thomas as a plaintiff and for leave to file an amended complaint removing Thomas as a plaintiff (Dkt. 47) is GRANTED.

Signed at Houston, Texas on August 2, 2005.

Stephen Wm Smith
United States Magistrate Judge